889 P.2d 78

# INTERMEDIATE COURT OF APPEALS OF HAWAII

| | | | |
|---|---|---|---|
| Fletcher; In re Estate of | 16850 | 12/23/94 | Affirmed in part, Vacated and Remanded |
| Jean–Pierre v. Aoyagi | 16691 | 1/04/95 | Affirmed |
| AOAO of Kuola Townhomes v. Wodehouse | 15801 | 1/30/95 | Vacated and Remanded |

| | | | | |
|---|---|---|---|---|
| State v. Miller | 16677 | 1/27/95 | Denied | —— P.2d —— |